IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE MANNING,

    Plaintiff,

v.                                           CASE NO. 4:05-cv-00070-MP-EMT

CARL BENNETT,
OFFICER MARTIN,
JAMES MCCLENDON,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice for Plaintiff's failure to comply with an order of the Court. The time for filing objections have passed, and none have been filed. The Court agrees that Plaintiff's case should be dismissed because Plaintiff has failed to respond to two orders of the Magistrate Judge. Therefore it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *8th*  day of May, 2006

                               *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge